# *United States District Court*
# *District of Minnesota*

*United States Courthouse, Suite 202*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Richard D. Sletten, Clerk*
*(612) 664-5000*

***Direct Reply To:***
*Jennifer Nurnberger*
*Financial Technician*
*(612) 664-5184*

January 16, 2007

**RE: Case Name:** USA vs Moises Valencia Ruiz
**Case Number:** 0:00-CR-00294 (2) RHK

## NOTICE OF SPECIAL ASSESSMENT EXPIRED

Special Assessment $100.00

**Comments:** A special assessment ordered in a federal criminal case expires after five years from the date of judgment. The special assessment owed by Moises Valencia Ruiz from case 0:00-CR-00294 (2) has expired and is no longer due. No payments were received in the Clerk's Office for the U.S. District Court, District of Minnesota.

Sincerely,

UNITED STATES DISTRICT COURT

By: s/Jennifer Nurnberger
Financial Technician

```
FILED   01/16/07
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 02-02-01
Deputy Clerk's Initials  s/JN
```

SCANNED
JAN 17 2007
U.S. DISTRICT COURT MPLS